**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD H. FLANARY, JR. AND GENA L. FLANARY, <br><br> *Plaintiffs,* <br><br> V. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. <br><br> *Defendants.* | § § § § § § § § § § § § § | CASE NO. 4:15cv208 <br> Chief Judge Clark/Judge Craven |

# ORDER ADOPTING REPORT AND
# RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2015, the report of the Magistrate Judge was entered, containing proposed findings of fact and recommendations that Trustee Defendants' Motion to Dismiss [Doc. #7] be granted; that Plaintiffs' claims against Defendants Caufield, Patton, and Bertrand be dismissed without prejudice; and that Plaintiffs' Motion to Remand [Doc. #8] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore

**ORDERED** Plaintiffs' Motion to Remand [Doc. #8] is **DENIED**. It is further

**ORDERED** that Trustee Defendants' Motion to Dismiss [Doc. #7] is granted, and Plaintiffs' claims against Defendants Deac Caufield, Richard Patton, and Greg Bertrand are **DISMISSED WITHOUT PREJUDICE**.

So **ORDERED** and **SIGNED** this **16** day of **September, 2015.**

_____
Ron Clark, United States District Judge